NEW JERSEY SPORTS AND EXPOSITION AUTHORITY v.
BOROUGH OF EAST RUTHERFORD.

July 7, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ABRAHAM A. CHAPLAN, M. D.

July 7, 1981.

Petition for certification denied.

LOUIS JAMMER v. THE TOWNSHIP OF LONG BEACH.

July 7, 1981.

Petition for certification denied.

WENDI LEE LYON v. LEO J. BARRETT.

July 7, 1981.

Petition for certification denied.